

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00343-CV

Richard **SPEIRS**,
Appellant

v.

**UNION PACIFIC RAILROAD COMPANY**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CI17924
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED February 6, 2019.

_Irene Rios_
Irene Rios, Justice